IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00159-BNB

DENEEN L. BARRAZA,

    Plaintiff,

v.

MAJOR ANDING,
[PRIVATE PRISON MANAGEMENT UNIT] PPMU MAINE, and
ARISTEDES ZAVARAS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 22 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Deneen L. Barraza, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the High Plains Correctional Facility in Brush, Colorado. She filed *pro se* a civil rights complaint pursuant to 42 U.S.C. § 1983 for money damages and injunctive relief. She was granted leave to proceed pursuant to 28 U.S.C. § 1915 without payment of an initial partial filing fee.

On March 17, 2010, Magistrate Judge Boyd N. Boland ordered Ms. Barraza to file within thirty days an amended complaint that alleged the personal participation of each named defendant and complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. The March 17 order warned Ms. Barraza that if, within the time allowed, she failed to file an amended complaint as directed, the complaint and the action would be dismissed without further notice.

Ms. Barraza has failed to comply with the March 17 order or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for the failure of Plaintiff, Deneen L. Barraza, within thirty days, to file an amended complaint as directed and for her failure to prosecute.

DATED at Denver, Colorado, this 21st day of April, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00159-BNB

Daneen L. Barraza
Prisoner No. 55860
High Plains Corr. Facility
901 Industrial Park Rd.
Brush, CO 80723

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 4/22/10

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk